

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-13-00896-CR

VICTOR CHARLES BANKETT, Appellant

V.

THE STATE OF TEXAS, Appellee

Appeal from the County Criminal Court at Law No. 8 of Harris County.
(Tr. Ct. No. 1866497).

**TO THE COUNTY CRIMINAL COURT AT LAW NO. 8 OF HARRIS COUNTY, GREETINGS:**

Before this Court, on the 11th day of June 2015, the cause upon appeal to revise or to reverse your judgment was determined.   This Court made its order in these words:

The cause heard today by the Court is an appeal from the judgment signed by the court below on September 20, 2013.  After inspecting the record of the court below, it is the opinion of this Court that the appellant is entitled to a new trial.  Accordingly, the Court **reverses** the trial court's judgment and **remands** the case to the trial court for further proceedings.

The Court **orders** that this decision be certified below for observance.

Judgment rendered June 11, 2015.

Panel consists of Justices Keyes, Huddle, and Lloyd.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

August 21, 2015

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

